UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**  JS-6

Case No.  2:25cv00225 DDP (DFM)                              Date: May 20, 2025

Title  *SERGIO MORA v. THE PEOPLE OF THE STATE OF CALIFORNIA; ET AL*

Present: The Honorable:   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:   (IN CHAMBERS)**

On April 16, 2025, the court notified Petitioner that the documentation he submitted in support for his Request to Proceed In Forma Pauperis was incomplete. (Dkt. 7.) The court advised Petitioner that failure to provide the missing information by May 16, 2025, the case would be dismissed. As of the date of this Minute Order, Petitioner has not provided the missing information or made any further filing. Accordingly, the petition is DISMISSED, without prejudice.

                                                                                        00:00
                                                         **Initials of Preparer**    CMJ